IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *Cy* __ D.C.

05 JUL 18 AM 8: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

RAMONA HILLMAN,                      )
                                     )
            Plaintiff.               )
                                     )
vs.                                  )    Civil No. 05-2052-B
                                     )
SHELBY COUNTY                        )
                                     )
            Defendants.              )
                                     )
                                     )

---

## ORDER DENYING DEFAULT JUDGMENT

---

On July 12, 2005, plaintiff filed a Motion for Default Judgment against the defendant, Shelby County.

In accordance to FRCvP, Rule 55(a), the moving party must request an entry of default by the clerk.

In compliance to FRCvP 55(a), default judgment against the above-named defendant is DENIED.

Entered this 18th day of July, 2005

THOMAS M. GOULD,
Clerk of Court

BY: *Earline Drayer*
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-18-05

⑪

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02052 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Ramona Charmel Hillman
7116 Shadow Oaks Dr.
Memphis, TN 38125

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT