IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RAMONA HILLMAN,

    Plaintiff,

Vs.                          CASE NO: 05-2052 B/P

SHELBY COUNTY,

    Defendant.

### ORDER

This matter having come before the Court, upon motion of the plaintiff, by and through her counsel Kathleen L. Caldwell, for a forty-five (45) day extension of time to Respond to Defendant's Motion to Dismiss or Alternatively Motion for Summary Judgment, and upon argument of counsel the Court finds that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that an extension of forty-five (45) days is granted up to and including September 28, 2005.

**ORDERED** this the _____29th_____ day of August, 2005.

_____
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02052 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Ramona Charmel Hillman
7116 Shadow Oaks Dr.
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT