IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -7 PM 4:48

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

RAMONA HILLMAN,

    Plaintiff,

vs.                                    Civ. No. <u>05-2052-B/P</u>

SHELBY COUNTY,

    Defendant.

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was set for September 8, 2005. Prior to the conference, Kathleen L. Caldwell, counsel for plaintiff and M. Dell Stiner, counsel for defendant submitted a joint proposed order which was approved by the Court. The following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
September 15, 2005

**JOINING PARTIES:** October 3, 2005

**AMENDING PLEADINGS:** October 3, 2005

**INITIAL MOTIONS TO DISMISS:** December 15, 2005

**COMPLETING ALL DISCOVERY:** February 15, 2006

    (a) **DOCUMENT PRODUCTION:** February 15, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-8-05

(20)

   (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: February 15, 2006

   (c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

      (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: November 15, 2005

      (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: December 15, 2005

      (3) **EXPERT WITNESS DEPOSITIONS**: February 15, 2006

**FILING DISPOSITIVE MOTIONS**: March 15, 2006

**OTHER RELEVANT MATTERS**:

   No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

   Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

   This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately 2-3 days.

   The parties believe that mediation is not appropriate in this case.

   The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

   The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

DATE: September 7, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02052 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Ramona Charmel Hillman
7116 Shadow Oaks Dr.
Memphis, TN 38125

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT